Serve-One of SC, LLC
512 Pettigru Street
Greenville, SC 29601
Phone: (864) 235-7766
Fax: (864) 232-8420
81-1892866

# INVOICE

Invoice #SJB-2017000373
4/24/2017

Barbara Barton
Barton Law Firm
1715 Pickens Street
Columbia, SC 29201

Your Contact: Megan Jankowski
**Case Number:** 16-05561-DD

Plaintiff:
**ALAN THEODORE HOGAN**

Defendant:
**VALERIE THOMPSON**

Served: 4/17/2017 10:06 am
To be served on: Rita Hogan

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Statewide Service Fee | 2.00 | 70.00 | 140.00 |
| Skip Tracing Fee | 1.00 | 50.00 | 50.00 |
| Nationwide Service | 1.00 | 105.00 | 105.00 |
| **TOTAL CHARGED:** | | | $295.00 |
| **BALANCE DUE:** | | | $295.00 |

PLEASE INCLUDE LAST FOUR DIGITS OF THE INVOICE NUMBER ON YOUR CHECK. Federal Tax #81-1892866. INVOICES ARE DUE UPON RECEIPT. A $5.00 LATE FEE WILL BE ADDED TO ALL INVOICES NOT PAID WITHIN 30 DAYS. AN ADDITIONAL $10.00 WILL BE ADDED FOR EACH 30 DAYS THEREAFTER. WE APPRECIATE YOUR BUSINESS.

Serve-One of SC, LLC
512 Pettigru Street
Greenville, SC 29601
Phone: (864) 235-7766
Fax: (864) 232-8420
81-1892866

# INVOICE

Invoice #SJB-2017000372
4/6/2017

Barbara Barton
Barton Law Firm
1715 Pickens Street
Columbia, SC 29201

Your Contact: Megan Jankowski
**Case Number:** 16-05561-DD

Plaintiff:
**ALAN THEODORE HOGAN**

Defendant:
**VALERIE THOMPSON**

Served: 3/30/2017 2:07 pm
To be served on: Valerie Thompson

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Statewide Service Fee | 1.00 | 70.00 | 70.00 |
| **TOTAL CHARGED:** | | | $70.00 |

**BALANCE DUE:** $70.00

PLEASE INCLUDE LAST FOUR DIGITS OF THE INVOICE NUMBER ON YOUR CHECK. Federal Tax #81-1892866. INVOICES ARE DUE UPON RECEIPT. A $5.00 LATE FEE WILL BE ADDED TO ALL INVOICES NOT PAID WITHIN 30 DAYS. AN ADDITIONAL $10.00 WILL BE ADDED FOR EACH 30 DAYS THEREAFTER. WE APPRECIATE YOUR BUSINESS.

Page 1 / 1